DAVID BILLINGSLEY, CSBN: 179068
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
david@btbandb.com

Attorney for Defendant Luis Limon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LUIS LIMON,<br><br>　　　　Defendant.<br>_____/ | No.  CR 09-00904 DLJ<br><br>ORDER AND STIPULATION CONTINUING STATUS CONFERENCE |

　　　With the agreement of the parties and the consent of the defendant, the Court enters this order continuing the December 11, 2009 status conference in the above captioned matter and excluding time under the Speedy Trial Act until the next appearance. The parties agree and stipulate, and the Court finds and holds as follows:

　　　　1. Defendant is scheduled for a court date on December 11, 2009, for status conference before Judge Jensen.

　　　　2. The parties have been working towards a disposition in this case. The parties require additional time to work out some details necessary to a disposition and respectfully ask

STIPULATION AND ORDER
CR 09-00904 DLJ                              1

the Court to continue the December 11, 2009 status conference until **January 8, 2010 at 9:00am**.

    3. Should this request for a continuance be granted, the parties submit that the ends of justice served by excluding the period through January 8, 2010 from the Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by ensuring the effect preparation and representation of counsel, in accordance with 18 U.S.C. section 3161(h)(7)(A) and (B).

    IT IS SO STIPULATED.

DATED: 12/8/09

/S/
WADE RHYNE
Assistant United States Attorney

DATED: 12/8/09

/S/
DAVID BILLINGSLEY
Attorney for Harold Austin

    IT IS SO ORDERED.

DATED: December 9, 2009

THE HON. D. LOWELL JENSEN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER
CR 09-00904 DLJ    2